Mr. *Egbert F. Halstead* for petitioner. Mr. *Charles E. Feirich* for respondent.

No. 404. BAMSEY *v.* IOWA. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Iowa denied. Mr. *Frank Wisdom* for petitioner. Messrs. *John Fletcher* and *Neill Garrett* for respondent.

No. 405. SANKEY *v.* SKELLY ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. *Robert B. Keenan, A. J. Hill,* and *Benjamin F. Bledsoe* for petitioner. Messrs. *W. P. Z. German, Alvin F. Molony, Mark McMahon,* and *Gillis A. Johnson* for respondents.

No. 406. PASO ROBLES MERCANTILE CO. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. *Philip G. Sheehy* for petitioner. Solicitor General *Hughes,* and Messrs. *Claude R. Branch, J. Louis Monarch, John G. Remey,* and *W. Marvin Smith* for respondent.

No. 90. HARRINGTON ET AL. *v.* SLOAN. See *ante,* p. 516.

No. 119. GANDY ET AL. *v.* LOUISIANA OIL REFINING CORP'N ET AL. See *ante,* p. 516.

No. 173. CENTRAL NAT'L BANK *v.* CITY OF LYNN. See *ante,* p. 516.